Todd M. Friedman, Esq. - State Bar #- 216752
Krohn & Moss, Ltd.
120 West Madison Street
10th Floor
Chicago Illinois 60602
(312) 578-9428
tfriedman@consumerlawcenter.com

Attorney for Plaintiff

E-Filing

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FLORENCE WALLACE, | ) Case No. 05 C 0947 |
| | ) Judge Patel |
| Plaintiff, | ) |
| | ) **STIPULATION TO DISMISS CASE** |
| vs. | ) **WITH PREJUDICE** |
| | ) |
| OMNIUM WORLDWIDE, INC., | ) |
| | ) |
| Defendant. | ) |

The parties in the above titled action have stipulated to dismiss this case with prejudice.

Dated this 25 day of May, 2005.

_____          _____
Greg Hogenmiller                                    Todd M. Friedman
Omnium Worldwide, Inc.                       Krohn & Moss, Ltd.
7171 Mercy Road                                   120 West Madison Street, 10th Floor
Omaha, Nebraska 68106                       Chicago, Illinois 60602
Attorney for Defendant,                         Attorney for Plaintiff,
Omnium Worldwide, Inc.                       Florence Wallace

**IT IS SO ORDERED.**

_____ 6/6/05
The Honorable Marilyn Patel
United States District Judge

STIPULATION TO DISMISS